PROB 12C
(7/93)

Report Date: November 30, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC    2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pedro Luis Sanchez-Anguiano    Case Number: 2:08CR00076-001

Current Address of Offender: Incarcerated in Lynnwood, Washington

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 01/05/2009

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:       Prison - 18 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Pamela J. Byerly                 Date Supervision Commenced: 02/09/2010

Defense Attorney:        Jaime Hawk                       Date Supervision Expires: 02/08/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

                        **Supporting Evidence**: On November 15, 2010, the defendant was arrested by the Lynnwood, Washington, police department for old warrants. He is presently in custody in King County, Washington. Given the information the defendant has been arrested in the Western District of Washington, he has once again entered the United States illegally.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Sanchez-Anguiano, Pedro Luis
November 30, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/30/2010

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*(signature)*

Signature of Judicial Officer

12/2/10

Date